UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MITCHENER,<br><br>Plaintiffs,<br><br>v.<br><br>CURIOSITYSTREAM, INC.,<br><br>Defendants. | Case No. 25-cv-01471-NW<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT**<br><br>Re: ECF No. 9 |

The Motion to Dismiss filed by Defendant CuriosityStream, Inc. is TERMINATED AS MOOT in light of the filing of the first amended complaint at ECF No. 19. *See* Fed. R. Civ. P. 15(a)(1)(B).

**IT IS SO ORDERED.**

Dated: April 3, 2025

Noël Wise
United States District Judge