LYNN R. FIORENTINO (SBN 226691)
lynn.fiorentino@afslaw.com
SUSANNE BONIADI (SBN 341512)
susanne.boniadi@afslaw.com
**ARENTFOX SCHIFF LLP**
555 S. Flower St., 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
CURIOSITYSTREAM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MITCHENER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CURIOSITYSTREAM INC., a Delaware corporation,

Defendant.

Case No. 5:25-cv-01471-NW

**CLASS ACTION**

**DEFENDANT CURIOSITYSTREAM INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

*[Filed concurrently with Memorandum of Points and Authorities, Declaration of Lynn R. Fiorentino, and [Proposed] Order]*

Date: August 20, 2025
Time: 9:00 a.m.
Courtroom: Courtroom 3 – 5th Floor
Judge: Hon. Noël Wise

Date Action Filed: February 12, 2025
FAC Filed: April 2, 2025

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 20, 2025 at 9:00 am or as soon thereafter as the matter may be heard, in Courtroom 3, Fifth Floor of the above-entitled court before the Honorable Noël Wise, Defendant CURIOSITYSTREAM INC. ("Defendant") by and through their attorneys hereby move the Court for entry of an order for dismissing Defendant with prejudice from this action (the "Motion").

This Motion is made pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, on the following grounds: (1) Plaintiff did not, and cannot, allege any injury required to invoke the private right of action in Section 637.2 of the California Penal Code by merely visiting Defendant's public website, and Plaintiff otherwise lacks standing, and (2) Section 638.51 does not apply to website operators because it expressly only applies to third-party "interceptions" of communications, and the overall statutory scheme further makes clear that this law only applies to law enforcement collection of the signaling information of telephone calls.

This Motion is based on the attached memorandum of points and authorities, Declaration of Lynn R. Fiorentino and exhibits thereto, the records and papers on file in this action, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

Respectfully submitted,

Dated: April 16, 2025

**ARENTFOX SCHIFF LLP**

By:/s/ *Lynn R. Fiorentino*
LYNN R. FIORENTINO
SUSANNE BONIADI
Attorneys for Defendant
CURIOSITYSTREAM INC.