Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Christopher Mitchener*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER MITCHENER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CURIOSITYSTREAM, INC., a Maryland Corporation; and DOES 1 through 25, inclusive,

Defendants.

Case No. 5:25-cv-01471-VKD

**CLASS ACTION**

**DECLARATION OF J. EVAN SHAPIRO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)**

*[Filed Concurrently with Plaintiff Christopher Mitchener's Oppo. to Defendant Curiosity Stream's Motion to Dismiss]*

Date: August 20, 2025
Time: 9:00 a.m.
Courtroom: Courtroom 3 – 5th Floor
Judge: Hon. Noël Wise

Date Action Filed: February 12, 2025
FAC Filed: April 2, 2025

I, J. Evan Shapiro, declare as follows:

1. I am an attorney with the law firm of Tauler Smith LLP, attorneys of record for Plaintiff. I have personal knowledge of the matters set forth herein, and if called as a witness in this matter, could competently testify thereto.

2. On April 29, 2025, at approximately 12:06 p.m., I took a screenshot from my computer of the moment I arrived on the homepage website of Defendant CuriosityStream, Inc. ("Defendant" or "CuriosityStream"), with the right half of the screen displaying the "Developer Tools" view of the page. Within that half of the screen, I selected the folder entitled "i18n/pixel" which refers to the "TikTok Software" referenced in the First Amended Complaint filed in this action on April 2, 2025 (the "FAC"). I have cut and pasted the screenshot below:




3. The screenshot is substantially similar to the screenshot appearing in the FAC at 4:16-27. As explained in the FAC, the screenshot shows the TikTok Software operating on the website operated by CuriosityStream, found at www.curiousitystream.com (the "Website").

4. On April 29, 2025, at approximately 12:08 p.m., I took a second screenshot from my computer at the time I arrived on the homepage of the Website. I have cut and pasted the screenshot below:




5. The second screenshot is substantially similar to the screenshot appearing in the FAC at 5:7-16. As explained in the FAC, the screenshot shows that the Website instantly sends data to TikTok whenever a user lands on the Website, and every time a user clicks on a page. The right side of the screenshot above shows the various TikTok scripts being run by Defendant, and the electronic impulses being sent to TikTok to add to TikTok's collection of user behavior.

**<u>The TikTok Software</u>**

6. Attached hereto as ***Exhibit A*** is a true and correct copy of a screenshot I took on Monday, March 17, 2025 at approximately 12:00 pm of the webpage in TikTok's website entitled "About TikTok Ads Manager" located at https://ads.tiktok.com/help/article/tiktok-ads-manager-intro.

7. Attached hereto as ***Exhibit B*** is a true and correct copy of a screenshot I took on Monday, March 17, 2025 at approximately 12:00 pm of the webpage in TikTok's website entitled "About TikTok Pixel" located at https://ads.tiktok.com/help/article/tiktok-pixel. "TikTok Pixel" is the name that TikTok assigns to what the First Amended Complaint refers to as the "TikTok Software."

8. Attached hereto as ***Exhibit I*** is a true and correct copy of the webpage

from TikTok's website entitled, "Get started with TikTok Pixel: a small business guide, located at https://ads.tiktok.com/business/en-US/blog/get-started-with-tiktok-pixel, that I printed into a .pdf on April 1, 2025.

9. Attached hereto as ***Exhibit C*** is a true and correct copy of a screenshot I took on Monday, March 17, 2025 at approximately 12:00 pm of the webpage in TikTok's website entitled "Enhance Data Postback with TikTok Pixel" located at https://ads.tiktok.com/help/article/enhance-data-postback-with-the-tiktok-pixel.

10. Attached hereto as ***Exhibit D*** is a true and correct copy of a screenshot I took on Monday, March 17, 2025 at approximately 12:00 pm of the webpage in TikTok's website entitled "About Advanced Matching" located at https://ads.tiktok.com/help/article/advanced-matching-web.

11. Attached hereto as ***Exhibit E*** is a true and correct copy of a screenshot I took on Monday, March 17, 2025 at approximately 12:00 pm of the webpage in TikTok's website entitled "Best Practices for Advanced Matching" located at https://ads.tiktok.com/help/article/best-practices-for-advanced-matching-for-web.

12. Attached hereto as ***Exhibit F*** is a true and correct copy of a screenshot I took on Monday, March 17, 2025 at approximately 12:00 pm of the webpage in TikTok's website entitled "How to Set Up Auto-Advanced Matching" located at https://ads.tiktok.com/help/article/how-to-set-up-automatic-advanced-matching.

**TikTok's US Headquarters in Culver City, California**

13. Attached hereto as ***Exhibit G*** is a true and correct copy of a press release appearing on TikTok's website dated January 22, 2020, entitled, "*Growing our presence in Los Angeles"* as of March 17, 2025.

14. TikTok maintains its U.S. headquarters in Culver City, California. It maintains another headquarters in Singapore.

**Terms of Service for Use of TikTok Advertising Services and Contract with CuriosityStream**

15. In order to obtain advertising services from TikTok, including use of the TikTok Software, a company operating a website enters into a contract with TikTok that contains TikTok's "Terms of Service."

16. TikTok's Terms of Service for its advertising services can be found at https://www.tiktok.com/legal/page/us/terms-of-service/en. A true and correct copy of the Terms of Service as printed on March 17, 2025, are attached hereto as ***Exhibit H***.

***Briskin v. Shopify*** **En Banc Opinion (9th Cir.) and Second Amended Complaint**

17. Appended hereto as ***Exhibit J*** is a true and correct copy of the Ninth Circuit's Opinion (en banc) in *Briskin v. Shopify Inc.*, No. 22-15815, issued on Apr. 21, 2025.

18. Appended hereto as ***Exhibit K*** is a true and correct copy of plaintiff Brandon Briskin's Second Amended Complaint in *Briskin v. Shopify Inc., et al.*, Case No. 4:21-cv-06269 (N.D. Cal.) filed on January 24, 2022. *See Briskin v. Shopify Inc., et al.*, Case No. 4:21-cv-06269 (N.D. Cal.) (Dkt.# 44).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this April 30th, 2025, in Los Angeles, California.

J. Evan Shapiro, Esq.