UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MITCHENER,<br><br>  Plaintiff,<br><br>  v.<br><br>CURIOSITYSTREAM, INC.,<br><br>  Defendant. | Case No. 25-cv-01471-NW<br><br>**JUDGMENT**<br>Re: ECF No. 29 |

On August 6, 2025, the Court granted Defendant's motion to dismiss without leave to amend. ECF No. 23. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 6, 2025

_____
Noël Wise
United States District Judge